Askins v Santos (2026 NY Slip Op 00829)

Askins v Santos

2026 NY Slip Op 00829

Decided on February 17, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 17, 2026

Before: Moulton, J.P., Friedman, González, O'Neill Levy, Chan, JJ. 

Index No. 100964/23|Appeal No. 5836|Case No. 2024-06046|

[*1]Delroy Askins, Plaintiff-Appellant,
vMarlene Santos, Defendant-Respondent.

Delroy Askins, appellant pro se.
Marlene Santos, respondent pro se.

Appeal from order, Supreme Court, New York County (Suzanne Adams, J.), entered on or about July 31, 2024, which granted defendant's motion to dismiss the complaint on default, unanimously dismissed, without costs, as taken from a nonappealable paper.
No appeal lies from an order entered on default (CPLR 5511; see Matter of Colon v Delgado, 106 AD3d 414, 415 [1st Dept 2013]). Plaintiff's remedy was to move to vacate his default, in which event he would be required to demonstrate both a reasonable excuse for the default and a meritorious claim (see French v NYS Dept. of Labor, 231 AD3d 620, 620 [1st Dept 2024]; Matter of Lenea'jah F. [Makeba T.S.], 105 AD3d 514, 514 [1st Dept 2013]).
We have considered plaintiff's remaining arguments and find them unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 17, 2026